UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JESSAHEL ORTEGA BALDIS,<br><br>Movant. | No.  2:15-cr-0086 JAM KJN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant asserts that he is entitled to federal habeas relief under Johnson v. United States, 135 S. Ct. 2551 (2015), and seeks appointment of counsel.  In accordance with General Order No. 563, this case is referred to the Federal Public Defender's Office for review.  In light of this order, the motion for appointment of counsel is partially granted subject to review by the Federal Public Defender's Office.  If their office declines appointment, movant may renew his motion following their response to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of counsel (ECF No. 18) is partially granted.

2. This case is referred to the Federal Public Defender's Office for review in accordance with General Order No. 563.  The Clerk of the Court shall serve a copy of this order on Mia Crager, Assistant Federal Defender.

3. Within forty-five days of service of this order, the Federal Public Defender's Office shall notify the court whether it will be assuming representation of movant. In the event that the Federal Public Defender's Office would assume representation but for a conflict, such conflict should be brought to the court's attention.

Dated: November 18, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bald0086.refer.fd

2